UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHESTER COACHMAN, JR., <br> Plaintiff, <br><br> vs. <br><br> SHERIFF CRAIG OWENS <br><br> Defendants. | CIVIL ACTION FILE <br><br> 1:19-CV-4473-LMM |

## J U D G M E N T

This action having come before the court, the Honorable Leigh Martin May, United States District Judge, for consideration of the magistrate judge's report and recommendation and defendant's motion for summary judgment, and the court having adopted the report and recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendant recover costs of this action, and that the action be, and the same hereby is, **DISMISSED**.

Dated at Atlanta, Georgia, this 5th day of April, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:  /s/ T. Frazier
     Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
April 5, 2021
James N. Hatten Clerk
of Court

By: /s/ T. Frazier
    Deputy Clerk